(88 South. 194)

### JAMES v. LOUISVILLE & N. R. CO.
### (6 Div. 662.)

(Court of Appeals of Alabama. Nov. 9, 1920.)

Appeal and Error ☞843(1) — Questions before Court of Appeals Becoming Moot through Supreme Court's Decision need not be Decided.

Upon an appeal to the Court of Appeals, where as a result of the decision of the Supreme Court in the original appeal the questions involved have become moot, so that a decision thereof could be of no value, such questions will not be decided.

Appeal from Circuit Court, Jefferson County; J. C. B. Gwin, Judge.

Action between Milton James and the Louisville & Nashville Railroad Company. Judgment for the latter, and the former appeals. Reversed and remanded.

Tillman, Bradley & Morrow, of Birmingham, and Huey & Welch, of Bessemer, for appellant.

Pinkney Scott, of Bessemer, for appellee.

BRICKEN, P. J. The opinion and order of this court under date of April 20, 1920, in which this cause was "reversed and remanded with instructions," is withdrawn; and this cause will be reversed and remanded under authority of Louisville & Nashville Rail-

road Co. v. Milton James, 204 Ala. 604, 86 South. 906, decided October 28, 1920.

As a result of the decision by the Supreme Court in the original appeal, the questions involved here have become moot, and therefore a decision thereof would be of no value. Caldwell v. Loveless, ante, p. 381, 85 South. 307.

Reversed and remanded.